JPML FORM 1A                    DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 337 -- IN RE RAYMOND LEE ORGANIZATION, INC. SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 1/13/78 | 1 | Motion, Memorandum of Law, Affidavit of Svc., Schedule of Actions, Exhibits -- Defendants The Raymond Lee Organization, Inc. and Raymond Lee. |
| | | SUGGESTED TRANSFEREE DISTRICT: CENTRAL DISTRICT OF CALIFORNIA |
| | | SUGGESTED TRANSFEREE ~~DISTRICT~~ JUDGE: (ea) |
| ~~XXXXXXXXX~~ | | ~~APPEARANCES XXXMXKHAXXXXXKKXXXXXESQXXXXFOKXXXXXXXXXXXXXXXXXXXXXX KKKTHSXFXXXMANXKKX~~ |
| 1/23/78 | | APPEARANCES -- MICHAEL C. DEVINE, ESQ. for Lawrence Peska Assoc. NORMAN G. ~~AXXEXX~~ AXE, ESQ. for Constance Jones, et al. |
| 1/23/78 | 2 | RESPONSE -- CONSTANCE C. JONES w/cert. of service |
| 2/1/78 | 3 | MEMORANDUM OF LAW IN OPPOSITION TO TRANSFER -- New York Plaintiffs w/cert. of svc. (ea) |
| 2/3/78 | 4 | REPLY -- Defendants The Raymond Lee Organization, Inc. and Raymond Lee -- w/cert. of service (cds) |
| 2/3/78 | | APPEARNACE -- ROBERT S. COHEN, ESQ. for The Raymond Lee Organization, Inc. and Raymond Lee (cds) |
| 2/3/78 | | HEARING ORDER - Setting A-1 and A-2 for hearing - Feb. 24, 1978 in Miami, Florida (ea) |
| 2/14/78 | | APPEARANCE -- Jerome L. Levine, Esq. for Richard L. Deutschman Innovation Resources Corp., Raymond Lee Organization of Calif. Republic Industries, Inc., UnitedStates Inventors Service Co. Theodore Jay, Jr., Howard I. Podell, Richard S. Shreve, Jr. Daniel Jay Tick |
| 2/17/78 | 5 | SUPPLEMENTAL REPLY -- Defendants The Raymond Lee Organization, Inc. and Raymond Lee -- w/cert. of service (cds) |
| 2/24/78 | 6 | MEMORANDUM IN REPLY TO THE MEMORANDUM OF LAW -- Defendants Richard L. Deutschman, Innovation Resources Corp. d/b/a Raymond Lee Organ., of Calif., Republic Industries, Inc., United States Inventors Svc. Co., Theodore Jay, Jr., & Daniel Tick w/cert. of svc. (ea). |
| 3/22/78 | | OPINION AND ORDER DENYING TRANSFER OF LITIGATION. Notified involved counsel, clerks and Judges and interested and participating Publishers and Recipients. (emh) |

JPML Form 1    OPINION AND ORDER filed 3/22/78 446 F. Supp. 1266
(Denying Transfer)

DOCKET NO. 337 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE RAYMOND LEE ORGANIZATION INC. SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)   2/24/78

Consolidation Ordered _____    Consolidation Denied   3/22/78

Opinion and/or Order   3/22/78

Citation   446 F.Supp. 1266

Transferee District _____    Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Ko-Ming Sheih v. The Raymond Lee Organization, Inc., et al. | S.D.N.Y. Cannella | 77-5822 | | | | Denied 3/22/78 |
| A-2 | Constance C. Jones, et al. v. The Raymond Lee Organization, Inc., et al. | C.D.CA. Gray | 73-2500 | | | | Denied 3/22/78 |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 337 -- IN RE RAYMOND LEE ORGANIZATION, INC. SECURITIES LITIGATION

| | |
|---|---|
| RICHARD L. DEUTSCHMAN<br>INNOVATION RESOURCES CORPORATION<br>RAYMOND LEE ORGANIZATION OF CALIFORNIA<br>REPUBLIC INDUSTRIES, INC.<br>UNITED STATES INVENTORS SERVICE CO.<br>THEODORE JAY, JR.<br>HOWARD I. PODELL<br>RICHARD H. SHREVE, JR.<br>DANIEL J. TICK<br>Lans, Feinberg & Cohen<br>1880 Century Park East<br>Suite 1600<br>Los Angeles, California 90067<br><br>LAWRENCE PESKA<br>LAWRENCE PESKA ASSOCIATES<br>Michael C. Devine, Esquire<br>230 Park Avenue<br>New York, New York 10017<br><br>KO-MING SHEIH (A-1)<br>David C. Buxbaum, Esquire<br>11 Broadway<br>Suite 1612<br>New York, New York 10004<br><br>CONSTANCE C. JONES, ET AL. (A-2)<br>Norman G. Axe, Esquire<br>2811 Wilshire Boulevard<br>#450<br>Santa Monica, Calif. 90403 | THE RAYMOND LEE ORGANIZATION, INC.<br>RAYMOND LEE<br>Robert S. Cohen, Esq.<br>Lans, Feinberg & Cohen<br>555 Madison Avenue<br>New York, New York 10022 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 337 -- IN RE RAYMOND LEE ORGANIZATION, INC. SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| The Raymond Lee Organization, Inc. | A-1, A-2 |
| Raymond Lee | A-1, A-2 |
| Lawrence Peska | A-2 |
| Richard L. Deutschman | A-2 |
| Innovation Resources Corporation | A-2 |
| Raymond Lee Organization of California | A-2 |
| Republic Industries, Inc. | A-2 |
| United States Inventors Service Company | A-2 |
| Lawrence Peska Associates | A-2 |
| Theodore Jay, Jr. | A-2 |
| Howard I. Podell | A-2 |

p. __2__

| | |
|---|---|
| Richard S. Shreve, Jr. | A-2 |
| Daniel J. Tick | A-2 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |